**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, Brian E. Cieniawski, do hereby state as follows:

1. I am over the age of eighteen (18) and make this declaration based on my personal knowledge.

2. I am the attorney of record for Defendant Amazon Logistics, Inc. in the lawsuit filed against it by Plaintiff Charles Willis.

3. As the attorney of record for Defendant Amazon Logistics, Inc. and upon information and belief, I declare that copies of all pleadings and other documents that were previously filed with the state court in the lawsuit filed by Plaintiff Charles Willis against Defendant Amazon Logistics, Inc. have been submitted to the federal court along with Defendant Amazon Logistics, Inc.'s Notice of Removal and that those documents are believed to be true and complete copies of all pleadings and other documents filed in the state court proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 2nd day of May, 2025.

*/s/ Brian E. Cieniawski*
Brian E. Cieniawski

Person Filing: Mark P. Breyer
Address (if not protected): 3840 East Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Telephone: (480)716-3179
Email Address: minutes@breyerlaw.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 016862, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Mariscal, Deputy
3/28/2025 2:28:59 PM
Filing ID 19580212

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: CV2025-011264

Charles Willis
Name of Plaintiff

**SUMMONS**

AND

Sachino Kuloshvili, et al.
Name of Defendant

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Amazon LLC
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #1354781

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *March 28, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *A. MARISCAL*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Person Filing: Mark P. Breyer
Address (if not protected): 3840 East Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Telephone: (480)716-3179
Email Address: minutes@breyerlaw.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 016862, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Mariscal, Deputy
3/28/2025 2:28:59 PM
Filing ID 19580211

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-011264**

Charles Willis
Name of Plaintiff

**SUMMONS**

AND

Sachino Kuloshvili, et al.
Name of Defendant

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Amazon Logistics, Inc
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #1354781

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *March 28, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *A. MARISCAL*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Person Filing: Mark P. Breyer
Address (if not protected): 3840 East Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Telephone: (480)716-3179
Email Address: minutes@breyerlaw.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 016862, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Mariscal, Deputy
3/28/2025 2:28:59 PM
Filing ID 19580208

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-011264**

Charles Willis
Name of Plaintiff

**SUMMONS**

AND

Sachino Kuloshvili, et al.
Name of Defendant

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Sachino Kuloshvili
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *March 28, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *A. MARISCAL*
Deputy Clerk




If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #1354781

Person Filing: Mark P. Breyer
Address (if not protected): 3840 East Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Telephone: (480)716-3179
Email Address: minutes@breyerlaw.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 016862, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Mariscal, Deputy
3/28/2025 2:28:59 PM
Filing ID 19580210

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-011264**

Charles Willis
Name of Plaintiff

**SUMMONS**

AND

Sachino Kuloshvili, et al.
Name of Defendant

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Route Express LLC
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #1354781

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *March 28, 2025*




*JEFF FINE*
Clerk of Superior Court

By: *A. MARISCAL*
Deputy Clerk

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #1354781

Person Filing: Mark P. Breyer
Address (if not protected): 3840 East Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Telephone: (480)716-3179
Email Address: minutes@breyerlaw.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 016862, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Mariscal, Deputy
3/28/2025 2:28:59 PM
Filing ID 19580209

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-011264**

Charles Willis
Name of Plaintiff

**SUMMONS**

AND

Sachino Kuloshvili, et al.
Name of Defendant

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Jane Doe Kuloshvili
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11354781

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *March 28, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *A. MARISCAL*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #1354781

Clerk of the Superior Court
*** Electronically Filed ***
A. Mariscal, Deputy
3/28/2025 2:28:59 PM
Filing ID 19580205

Mark P. Breyer (Bar No. 016862)
Thaddeus Garlick (Bar No. 032390)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
480-716-3179
minutes@breyerlaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| CHARLES WILLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SACHINO KULOSHVILI and JANE DOE KULOSHVILI, a married couple; ROUTE EXPRESS LLC, a foreign corporation; AMAZON LOGISTICS INC., a foreign corporation; AMAZON LLC, a foreign corporation; JOHN AND JANE DOES 1-5; ABC CORPORATIONS 1-5,<br><br>Defendants. | No. **CV2025-011264**<br><br>**COMPLAINT**<br><br>**(Tort - Motor Vehicle)**<br><br>**Tier 2** |

Plaintiff, Charles Willis, by and through undersigned counsel, for his complaint against the Defendants named herein, alleges as follows:

1. Plaintiff, was, at all times relevant to this action, a resident of Maricopa County, AZ.

2. Upon information and belief, Defendants Sachino Kuloshvili and Jane Doe Kuloshvili are residents of Kings County, NY.

3. At all times relevant hereto, Defendant Sachino Kuloshvili was acting individually and on behalf of the marital community, if any, of Jane Doe Kuloshvili, whose true name is unknown to Plaintiff.

4. Defendant Route Express LLC is a foreign corporation doing business in Maricopa County, AZ.

5. Defendant Amazon Logistics, Inc. is a foreign corporation doing business in Maricopa County, AZ.

6. Defendant Amazon LLC is a foreign corporation doing business in Maricopa County, AZ.

7. John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time. Plaintiff requests leave to amend this pleading when that information is discovered.

8. The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

9. Jurisdiction and venue are appropriate in this Court. The amount in controversy exceeds the minimal jurisdictional limits of this Court.

10. Defendant Sachino Kuloshvili was acting within the course and scope of his employment or under the direction and control of Defendants Route Express LLC and/or Amazon Logistics, Inc and/or Amazon LLC such that legal liability is imputed to Defendants Route Express LLC and/or Amazon Logistics, Inc and/or Amazon LLC under the doctrine of Respondeat Superior and agency principles for the acts of Defendants Route Express LLC and/or Defendant Amazon Logistics, Inc and/or Amazon LLC

11. Defendants Route Express LLC and/or Amazon Logistics, Inc and/or Amazon LLC were independently negligent in the hiring, training, retention, and/or

supervision of Defendant Sachino Kuloshvili which was a proximate cause of the incident.

12. On June 29, 2023, Defendant Sachino Kuloshvili was driving a White 2023 Int TRTR owned by Defendant Route Express LLC at loop 101 and Bell Road exit ramp.

13. The White 2023 Int TRTR was transporting goods for Defendants Amazon Logistics, Inc and/or Amazon LLC.

14. Defendant Sachino Kuloshvili failed to control the speed of his vehicle, failed to maintain one lane., and otherwise drove negligently causing him to crash into Plaintiff's vehicle that was at a complete stop for a traffic light.

15. As an actual, direct and proximate result of Defendants' negligence, Plaintiff suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

16. As an actual, direct and proximate result of the Defendants' negligence, Plaintiff suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

17. As an actual, direct and proximate result of the Defendants' negligence, Plaintiff has incurred reasonable expenses of necessary medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

18. As an actual, direct and proximate result of the Defendants' negligence, Plaintiff has lost earnings to date, will continue to lose earning in the future, and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

19. As an actual, direct and proximate result of the Defendant(s)' negligence, Plaintiff has sustained and will sustain to a reasonable probability in the future, physical, emotional, personal property and other financial losses.

20. Plaintiff claims that the damages in this matter meet the criteria for Tier 2 as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Plaintiff prays for judgment against the Defendants as follows:

A. For general compensatory damages in a just and reasonable amount;

B. For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

C. For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

D. For out of pocket expenses incurred;

E. For expenses incurred for repair/replacement of their vehicle;

F. For court costs incurred; and

G. For such other and further relief as the Court deems just and proper.

Dated: March 28, 2025

**BREYER LAW OFFICES, P.C.**

/s/ Mark P. Breyer
Mark P. Breyer
Thaddeus Garlick
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
A. Mariscal, Deputy
3/28/2025 2:28:59 PM
Filing ID 19580207

Person/Attorney Filing: Mark P. Breyer
Mailing Address: 3840 East Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)716-3179
E-Mail Address: minutes@breyerlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Charles Willis
Plaintiff(s),
v.
Sachino Kuloshvili, et al.
Defendant(s).

Case No. **CV2025-011264**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this March 28, 2025

By: Mark P. Breyer /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #1354781

| | | |
|---|---|---|
| *Attorney or Party without Attorney:* Mark Breyer<br>BREYER LAW OFFICES<br>3840 East Ray Road<br>Phoenix, AZ 85044<br>*TELEPHONE No.:* (480) 660-4432<br>*Attorney for:* Plaintiff | *Ref No. or File No.:* Willis | CLERK OF THE SUPERIOR COURT<br>***** FILED *****<br>V. DIAZ, DEPUTY CLERK<br>2025 APR 14 PM02 03 |
| *Insert name of Court, and Judicial District and Branch Court:*<br>In MARICOPA COUNTY SUPERIOR COURT In and for the County of MARICOPA | | |
| *Petitioner:* CHARLES WILLIS, AN INDIVIDUAL<br>*Respondent:* SACHINO KULOSHVILI AND JANE DOE KULOSHVILI, A MARRIED COUPLE; ET AL | | |

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: CV2025-011264 |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 21 years of age and authorized to serve process in this case.

I served copies of the SUMMONS; COMPLAINT (TORT - MOTOR VEHICLE); CERTIFICATE OF COMPULSORY ARBITRATION

a. Party served JANE DOE KULOSHVILI

Address where served: 59B Brighton 10th Ct
Brooklyn, NY 11235-5309

5. I served the party

b. On: 4/3/2025 at: 9:29 AM I left the documents in the presence of:
Eka Terene - Co-Resident
Age: 20-30 Race: Caucasian Sex: Female Eyes: Height: 5'10 Weight: 131-150 Hair: Auburn

(2) (home) a competent member of the household at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

Person who served papers:
NATIONWIDE LEGAL
Name: Roberto Urena
County of ,
3150 North 24th Street, Ste. A-102
Phoenix, AZ 85016
(602) 256-9700
www.nationwidelegal.com

The fee for service was: $ 75.00

Date: April ~~3~~ 9th, 2025

(Roberto Urena)

AZ376395

CERTIFICATE OF SERVICE

*Attorney or Party without Attorney:*
Mark Breyer
BREYER LAW OFFICES
3840 East Ray Road
Phoenix, AZ 85044
*TELEPHONE No.:* (480) 660-4432
*Attorney for:* Plaintiff

*Ref No. or File No.:* Willis

CLERK OF THE SUPERIOR COURT
***** FILED *****
T. VARELA, DEPUTY CLERK
2025 APR 04 PM02 13

*Insert name of Court, and Judicial District and Branch Court:*
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

*Petitioner:* CHARLES WILLIS, AN INDIVIDUAL
*Respondent:* SACHINO KULOSHVILI AND JANE DOE KULOSHVILI, A MARRIED COUPLE; ET AL

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV2025-011264 |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 21 years of age and authorized to serve process in this case.

I served copies of the SUMMONS; COMPLAINT (TORT - MOTOR VEHICLE); CERTIFICATE OF COMPULSORY ARBITRATION

a. Party served: AMAZON LOGISTICS, INC., BY SERVICE UPON ITS STATUTORY AGENT, CORPORATION SERVICE COMPANY

b. Person Served: Claudia Dame - Agent / Authorized to Accept
Age: 41 - 45 Race: Caucasian Sex: Female Eyes: Height: 5'1 - 5'6 Weight: 121-140 Lbs Hair: Black

Address where served: 7955 S Priest Dr Ste 102
Tempe, AZ 85284-1050

5. I served the party
a. I personally delivered the documents to the party or person authorized to receive service of process for the party (1) on: 4/2/2025 (2) at: 12:05 PM

Person who served papers:
NATIONWIDE LEGAL
Name: Richard F. Acree
County of Maricopa, MC-5966
3150 North 24th Street, Ste. A-102
Phoenix, AZ 85016
(602) 256-9700
www.nationwidelegal.com

The fee for service was: $ 65.00

Date: April 2, 2025

[signature]

(Richard F. Acree)

AZ376362

Attorney or Party without Attorney:
Mark Breyer
BREYER LAW OFFICES
3840 East Ray Road
Phoenix, AZ 85044
TELEPHONE No.: (480) 660-4432
Attorney for: Plaintiff

Ref No. or File No.: Willis

CLERK OF THE SUPERIOR COURT
***** FILED *****
V. DIAZ, DEPUTY CLERK
2025 APR 14 PM 02:04

Insert name of Court, and Judicial District and Branch Court:
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

Petitioner: CHARLES WILLIS, AN INDIVIDUAL
Respondent: SACHINO KULOSHVILI AND JANE DOE KULOSHVILI, A MARRIED COUPLE; ET AL

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV2025-011264 |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 21 years of age and authorized to serve process in this case.

I served copies of the SUMMONS; COMPLAINT (TORT - MOTOR VEHICLE); CERTIFICATE OF COMPULSORY ARBITRATION

a. Party served SACHINO KULOSHVILI

Address where served: 59B Brighton 10th Ct
Brooklyn, NY 11235-5309

5. I served the party

b. On: 4/3/2025 at: 9:29 AM I left the documents in the presence of:
Eka Terene - Co-Resident
Age: 20-30 years Race: Caucasian Sex: Female Eyes: Height: 5'10" Weight: 131-150 Lbs Hair: Auburn

(2) (home) a competent member of the household at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

Person who served papers:
NATIONWIDE LEGAL
Name: Roberto Urena
County of ,
3150 North 24th Street, Ste. A-102
Phoenix, AZ 85016
(602) 256-9700
www.nationwidelegal.com

The fee for service was: $ 175.00

Date: April ~~3~~ 9th, 2025

(Roberto Urena)

AZ376361

**CERTIFICATE OF SERVICE**

Clerk of the Superior Court
*** Electronically Filed ***
04/28/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-011264 04/25/2025

HONORABLE DANIELLE J. VIOLA

CLERK OF THE COURT
R. Stannard
Deputy

CHARLES WILLIS

v.

SACHINO KULOSHVILI, et al.

MARK P BREYER

SACHINO KULOSHVILI
NO ADDRESS ON RECORD

JUDGE MANDELL
JUDGE MOSKOWITZ
JUDGE VIOLA

**CASE REASSIGNMENT – EFFECTIVE JUNE 30, 2025**

This case was previously assigned to the Honorable Judge Frank Moskowitz, Consistent with AO 2024-022 and with approval of the Arizona Supreme Court,

**IT IS ORDERED** reassigning this case to Civil Calendar CVJ15, the Honorable Judge Michael Mandell, for all further proceedings effective June 30, 2025.

**IT IS FURTHER ORDERED** affirming any and all hearings currently set in this matter after June 30, 2025will be heard by the Honorable Judge Michael Mandell unless otherwise modified or rescheduled by Judge Michael Mandell.

All hearings set via court connect can be accessed as follows:

Please join from your computer, tablet or smartphone.
https://tinyurl.com/jbazmc-cvj15

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-011264 04/25/2025

You can also dial in using your phone (audio only)
1 917-781-4590
Phone Conference ID: 567 375 638#

All hearings set in person will be held at the following location:

The Honorable Judge Michael Mandell
Maricopa County Superior Court
East Court Building
101 W. Jefferson St.
ECB 814
Phoenix, AZ 85003
Phone: (602) 372-5052

Effective June 30, 2025, please direct all future filings and any courtesy copies to Judge Michael Mandell's division.

Consistent with AO 2024-080:

**IT IS ORDERED** all future trials and evidentiary hearings will be held using Case Center.

**EXHIBIT REQUIREMENTS**

**IT IS ORDERED** that the parties submit any proposed hearing exhibits for any future trials and evidentiary hearings scheduled after June 30, 2025 as follows:

1. **Submit Hearing Exhibits through Case Center**. This division is using Case Center (also known as Case Lines), a statewide electronic exhibit portal. Attorneys must submit exhibits through Case Center; Self-Represented Litigants can request to opt-out of Case Center by contacting the judge's division at cvj15@jbazmc.maricopa.gov or (602) 372-5052. Unless otherwise ordered, Exhibits must be submitted at least **5 business days** before the hearing as provided below.

2. **Opting Out of Case Center (Self-Represented Litigants only)**. A Self-Represented Litigant may opt out of Case Center no less than **10 calendar days** before the trial/evidentiary hearing (or within 24 hours of being served with notice if the party is served less than **10 calendar days** before the evidentiary hearing). The Self-Represented Litigant must email the other Self-Represented Litigants or counsel and the assigned

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-011264 04/25/2025

judicial division to notify the court that they are opting out and to request instructions for submitting exhibits. Self-Represented Litigants must comply with the deadline for submitting Exhibits. Each party must make sure the Court has the party's valid current email address. If you do not have an email address, you can obtain a free one through accounts.google.com. Each party must register for Case Center at www.azcourts.gov.digitalevidence. The website has links to training resources that will guide you through uploading exhibits and navigating Case Center. The Clerk of Court will email each party (or their attorney of record) a case-specific Case Center link that the party will use to upload exhibits. **For assistance with Case Center invitations only**, email the Clerk of Court at COCExhibitQuestions@maricopa.gov. The email subject line should include the case number. The body of the email should include the parties' names, the assigned judge's name, and explain that the sender is requesting help with a Case Center invitation.

3. **Exhibit Format**. Case Center accepts most digital formats (including photographs, PDFs, Word files, audio files, and video files). Case Center automatically numbers the exhibits. Plaintiff/Petitioner's exhibits have an A- prefix (Exhibit A1, A2, etc.) and Defendant/Respondent's exhibits have a B- prefix (Exhibit B1, B2, etc.). Third parties will have a C- or D- prefix. During the hearing, the parties must refer to exhibits using the Case Center exhibit numbers. For assistance with Case Center, contact AOC Support Services at (602) 452-3519 (option 5) or pasupport@courts.az.gov, Monday – Friday 7 AM – 6 PM, excluding State holidays.

4. **Exhibit Upload Assistance.** Scanners are available at each of the regional court Law Library Resource Centers. Each scanner has an attached computer and instructions on how to upload exhibits into Case Center.

5. **Exchange Exhibits**. At least **5 business days (not including weekends)** before the hearing, you must give the other party copies of all exhibits you submitted for use at the hearing.

6. **Physical Exhibits.** The Courtroom Clerk will handle marking physical exhibits for Self-Represented Litigants who opt out of Case Center. Attorneys who submit physical exhibits must create a placeholder in case Center and include "Physical Exhibit" in the name of the exhibit prior to submitting the physical exhibit(s) to the judge's division. The collection of physical exhibits must have a Physical Exhibit Case Coversheet that includes the following: (1) the name of the party submitting the exhibit(s); (2) the case number; (3) the date of hearing; and (4) the exhibit number(s) and description(s). In addition, each individual exhibit must have an Exhibit Coversheet printed on color paper indicating the physical exhibit's exhibit number in Case Center. For Self-Represented Litigants, if any

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-011264 04/25/2025

individual exhibit is a document that is longer than ten (10) pages, each page of the exhibit should be numbered. Division staff will provide the exhibits to the Courtroom Clerk for marking. The Courtroom Clerk will mark physical exhibit(s) with the same exhibit number used in Case Center

7. **Devices and WiFi**. If needed, hearing participants may request to use a court-provided devices to view and present exhibits during an evidentiary hearing. All requests for access to a court-provided device must be submitted to the division via email **5 calendar days** before the Hearing. Hearing participants can connect to the court's free MCPUBLIC WiFi for up to 90 minutes. For evidentiary hearings/trials longer than 90 minutes, WiFi users, the parties may request access to MCSponsored WiFi which will allow access to WiFi without the need to reconnect after 90 minutes by emailing the assigned division **10 calendar days** in advance of any Hearing. Self-Represented Litigant access will be valid for 60 days; lawyer and nonlawyer representative access will be valid for 365 days.

8. **Remote Witnesses**. Any party who calls a witness who is appearing remotely (*i.e.*, by telephone or videoconference) should either (1) provide the witness with a copy of all exhibits or (2) ensure that the remote witness has an electronic device available that allows them to view exhibits displayed on a screen through either Case Center or Teams.

9. **Exhibit Presentation During Hearings**. *Unless indicated otherwise in any hearing-specific court minute entry or order*, offerors may, but are not required to, use Case Center to present (e.g., show to the court, a witness, or the jury) evidence during a Hearing. Options for presentation of evidence include but are not limited to the following: (1) use of paper copies of the exhibits that have been uploaded to Case Center; (2) use of evidence presentation software and/or PDF viewers to display PDFs of exhibits that have been uploaded to Case Center; (3) screen sharing of Case Center through Court Connect (Teams); and (4) use of Case Center "Presentation" mode to share exhibits. Parties are strongly encouraged to download PDFs of their Case Center exhibits and/or have paper copies available in the event there are technological difficulties in the courtroom.

10. **Additional resources**. For Case Center related training and questions, the parties may wish to visit the Thomson Reuters Case Center Home Page at https://answers.legalprof.thomsonreuters.com/casecenter-us/search. ***For technical issues with Case Center***, parties may contact AOC Support Services Monday – Friday from 7:00 AM – 6:00 PM, excluding State holidays, at (602) 452-3519, 1-800-720-7743 (toll free), or pasupport@courts.az.gov. The parties may also wish to review A.O. 2024-080 at ao2024-080-re-use-of-case-center-in-the-civil-department.pdf for additional information regarding Case Center.